UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Case No. 3:22-cr-00133 |
| | ) JUDGE RICHARDSON |
| ERRAD KENNEDY BELL | ) |
| | ) |

## ORDER

As discussed at the supervised release hearing which commenced on October 21, 2025, a telephonic conference call is scheduled for **October 22, 2025, at 2:00 p.m.**

Counsel may access the conference call by dialing 1-855-244-8681. When prompted, enter the access code of 2319 024 8273, followed by the pound (#) sign. If you have any issues connecting, please call Chambers at (615) 736-5291. As these are public proceedings, other persons may access the conference call in the same manner.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE